[Civil No. 4092. Filed July 14, 1939.]

[92 Pac. (2d) 524.]

CITY OF PHOENIX, a Municipal Corporation, Appellant, v. HARVEY T. WILSON, Appellee.

Mr. Hess Seaman, City Attorney, Mr. Wm. C. Fields and Mr. Eli Gorodezky, Assistant City Attorneys, for Appellant.

Mr. George M. Sterling, for Appellee.

LOCKWOOD, J.—It has been stipulated between the parties in the above-entitled action that the issues of law involved in the case of *City of Phoenix, a Municipal Corporation, Appellant,* v. *R. F. Kidd, Appellee,*

*ante,* p. 75, 92 Pac. (2d) 513, just decided, are the same as those in the present case, and that the decision of the court therein should be decisive also of this appeal.

It is therefore ordered that the judgment of the superior court be reversed, and the case remanded with instructions to enter judgment for defendant.

ROSS, C. J., concurs.

McALISTER, J., Dissenting.—I am unable to concur in the disposition of this cause for the reasons stated in the dissenting opinion in *City of Phoenix, a Municipal Corporation,* v. *Kidd, ante,* p. 75, 92 Pac. (2d) 513, just decided.